## Commonwealth *v.* Holovack, Appellant.

Submitted June 11, 1968. *Peter J. Webby*, Public Defender, for appellant; *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.